JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COBY MORALES, individually, and on behalf of other members of the general public similarly situated, | Case No.:  2:19-cv-02505-MWF (GJSx) |
| | Hon. Michael W. Fitzgerald |
| Plaintiff, | **ORDER GRANTING THE PARTIES' STIPULATION TO REMAND** |
| vs. | |
| PASCHEN MANAGEMENT CORPORATION, a California corporation; MCDONALD'S USA LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Based on the Parties' stipulation and good cause appearing therefore, the Court orders this matter shall be remanded to the Superior Court for the County of Ventura.

**IT IS SO ORDERED.**

Dated:  May 15, 2020

_____
Michael W. Fitzgerald
United States District Judge